UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TILLMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KOKOR, *et al.*,<br><br>　　　　Defendants. | No. 1: 18-cv-01171-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIM AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITHOUT PREJUDICE<br><br>(Doc. No. 13) |

Plaintiff David Tillman is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2019, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations, recommending that plaintiff be allowed to proceed on a medical deliberate indifference claim against defendant Kokor. (Doc. No. 22.) The magistrate judge also recommended that the remainder of plaintiff's claims and all other defendants be dismissed without prejudice because those claims were abandoned in the first amended complaint. (*Id*. at 4.) Plaintiff filed a notice of non-opposition to the findings and recommendations on May 23, 2019. (Doc. No. 14.)

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a |
| 2 | *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings |
| 3 | and recommendations to be supported by the record and by proper analysis. |
| 4 | Accordingly, |
| 5 | 1. The findings and recommendations issued on May 14, 2019 (Doc. No. 13) are |
| 6 | adopted in full; |
| 7 | 2. This action shall proceed on plaintiff's medical deliberate indifference claim |
| 8 | against defendant Kokor; |
| 9 | 3. All other claims and defendants Powell, C. Cryer, and Ramberg are dismissed |
| 10 | without prejudice; and |
| 11 | 4. This matter is referred back to the assigned magistrate judge for further |
| 12 | proceedings consistent with this order. |

IT IS SO ORDERED.

Dated: **May 24, 2019**

UNITED STATES DISTRICT JUDGE