UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TILLMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>KOKOR,<br><br>        Defendant. | Case No. 1:18-cv-01171-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO AMEND<br><br>ECF No. 26 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff's unopposed motion to amend page 12 of his first amended complaint is granted for good cause shown. ECF No. 26.

IT IS SO ORDERED.

Dated:   March 5, 2020                  /s/ Jeremy Peterson
                                              UNITED STATES MAGISTRATE JUDGE

No. 204.