UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TILLMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KOKOR,<br><br>　　　　　Defendant. | No. 1:18-cv-01171-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 28, 37) |

　　　　Plaintiff David Tillman is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Defendant moved for summary judgment on March 3, 2020. (Doc. No. 28.) On July 26, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's summary judgment be granted because the undisputed evidence established that defendant's treatment of plaintiff did not amount to medical deliberate indifference. (Doc. No. 37.) The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within fourteen days of the date of service. (*Id.* at 11). Plaintiff sought and received an extension of time until August 25, 2021 to file his objections to the pending findings and recommendations. (Doc. Nos. 38, 39.) Nonetheless, no objections were ultimately filed and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the pending findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 26, 2021 (Doc. No. 37) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 28) is granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 7, 2021**

UNITED STATES DISTRICT JUDGE

2